IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12 CV 164

| | |
|---|---|
| JOHN JOHNSON, | ) |
| Plaintiff | ) |
| V | ) ORDER |
| NATIONWIDE EXPRESS, INC., | ) |
| Defendant | ) |

**THIS MATTER** is before the court on Marc E. Gustafson's Application for Admission to Practice *Pro Hac Vice* of Andrew S. Naylor. It appearing that Andrew S. Naylor is a member in good standing with the Tennessee State Bar and will be appearing with Marc E. Gustafson, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Marc E. Gustafson's Application for Admission to Practice *Pro Hac Vice* (#5) of Andrew S. Naylor is **GRANTED**, and that Andrew S. Naylor is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Marc E. Gustafson.

Signed: March 26, 2012

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge