IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cv164

| | |
|---|---|
| JOHN JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| NATIONWIDE EXPRESS, INC., | ) |
| Defendant. | ) |

This matter is before the Court upon the memorandum and recommendation of United States Magistrate Dennis L. Howell, filed July 23, 2012. The parties were advised that pursuant to 28 U.S.C. § 636(b)(1)(C), and Fed. R. Civ. P. 72, written objections to the memorandum and recommendation must be filed within 14 days after service of the memorandum. It appears to the Court that the parties have not filed any such objections. After an independent and thorough review of the magistrate's memorandum, the Court concludes that the recommendation to grant Defendant's Motion to Change Venue is correct and in accordance with law. Accordingly, the findings and conclusions of the magistrate are affirmed.

IT IS THEREFORE ORDERED that the memorandum and recommendation of the magistrate is hereby AFFIRMED.

Signed: August 24, 2012

Graham C. Mullen
United States District Judge